UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, an Ohio banking corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| ODYSSEY (II) DP VIII, LLC, a Florida limited liability company; and ODYSSEY OPERATING PARTNERSHIP II, LTD., a Florida limited partnership, | ) ) ) ) ) ) Case No. 8:11-cv-2687-T-30TBM |

**ORDER GRANTING UNOPPOSED MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR FORECLOSURE SALE PURSUANT TO CONSENT JUDGMENT OF FORECLOSURE AND APPOINTING SPECIAL MASTER**

This matter comes before the Court on the Unopposed Motion for Appointment of Special Master for Foreclosure Sale Pursuant to Consent Judgment of Foreclosure and Appointing Special Master (the "Motion") (Dkt. #23) filed by plaintiff, Fifth Third Bank, an Ohio banking corporation, successor by merger to Fifth Third Bank, a Michigan banking corporation, successor by merger to R-G Crown Bank ("Lender"). The Court notes defendant Odyssey (II) DP VIII, LLC ("Borrower") and defendant Odyssey Operating Partnership II, Ltd. ("Guarantor," and together with Borrower, the "Obligors"), who have no opposition to granting of relief on the Motion and entry of the Order Appointing Special Master, to conduct the foreclosure sale of the subject property described in the Motion (the "Collateral"), consistent

with the Consent Judgment of Foreclosure entered August 10, 2012 (the "Judgment") and this Order Appointing Special Master.

It is therefore Ordered and Decreed that:

1. The Motion (Dkt. #23) is GRANTED and, pursuant to Rule 53, Federal Rules of Civil Procedure, Richard A. Miller, Esq., is appointed Special Master to conduct the foreclosure sale of the Collateral in accordance with the Judgment and this Order.  He is not the representative of any party to this case.

2. Mr. Miller has agreed to a flat fee of $2,000 to perform his duties as Special Master, which expense is being paid by Lender.

3. After causing notice of sale of the Collateral (the "Notice of Sale") to be published as required by 28 U.S.C. §§ 2001 and 2002, and a proof of publication to be filed with the Court, the Special Master shall conduct a foreclosure sale of the Collateral in accordance with the Judgment and this Order on the date and time set forth in the Notice of Sale at the north front door of the Bartow County Courthouse, Bartow County Courthouse, 255 N. Broadway Avenue, Bartow, Florida, 33830, although the Special Master may move the location of the sale to another location at the Bartow County Courthouse by announcing a change at the commencement of the sale.

4. After the conclusion of the foreclosure sale, the Special Master shall file a Report of Special Master in the form attached to the Motion as **Exhibit 2** (Dkt. #23-2).

5. After the Special Master files his Report of Special Master, Lender may file a motion to confirm the sale and request entry of an order confirming the foreclosure sale (the Order Confirming Sale") in the form attached to the Motion as **Exhibit 3** (Dkt. #23-3), which the Court may consider without a hearing.

6.      After entry of the Order Confirming Sale, the Special Master shall execute and deliver to the Successful Bidder a Special Master's Deed in the form attached to the Motion as **Exhibit 4** (Dkt. #23-4).

7.      The Special Master shall make no representations or warranties as to the Special Master's Deed and the delivery of the Special Master's Deed is without recourse to the Special Master; provided, however, the this Order provides that the Special Master has the authority to carry out his duties hereunder, including conducting the foreclosure sale and executing and delivering the Special Master's Deed as provided herein.

8.      The parties' rights under the Motion to Approve Consent Judgment and Stipulation and Consent to Judgment of Foreclosure on Count II of the Complaint (the "Stipulation"), which was filed with the Court, are unaffected by entry of this Order, including but not limited to that the amount bid at the foreclosure sale is not determinative of the market value of the Collateral for other purposes in the Case.

9.      The Special Master may seek further instructions from the Court if it becomes necessary.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2687 special master 23.doc