## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FIFTH THIRD BANK,

    Plaintiff,

v.                              Case No: 8:11-cv-2687-T-30TBM

ODYSSEY (II) DP VIII, LLC, et al.,

    Defendants.

_____

### ORDER

The Court has been advised via a Stipulation of Settlement and Motion for Stay Pending Tender of Settlement Funds (Dkt. #33) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>120 days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 120-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of March, 2013.

                                              */s/ James S. Moody, Jr.*
                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record                         F:\Docs\2011\11-cv-2687 dismissal 120 days.docx